IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
NOV 29 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| 2-BAR RANCH LIMITED PARTNERSHIP, a Montana limited partnership; BROKEN CIRCLE RANCH COMPANY, INC., a Montana profit corporation; R BAR N RANCH, LLC, a Montana limited liability corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, an Agency of the United States Department of Agriculture; SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture; VICTORIA CHRISTIANSEN, in her official capacity as Interim Chief of the Forest Service; LEANNE MARTEN, in her official capacity as Regional Forester for the Northern Region; MELANY GLOSSA, in her official capacity as Forest Supervisor for the Beaverhead-Deerlodge National Forest, State of Montana; CAMERON RASOR, in his official capacity as District Ranger for the Pintler Ranger District in the Beaverhead-Deerlodge National Forest, <br><br> Defendants. | No. CV 18-33-BU-SEH <br><br> **ORDER** |

-1-

On November 29, 2018, the Federal Defendants filed an unopposed motion to strike[1] Plaintiffs' reply brief[2] from the record on the grounds that it was untimely filed. The motion is DENIED.

DATED this 29th day of November, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 58.

[2] Doc. 57.