IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
NOV 30 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| 2-BAR RANCH LIMITED PARTNERSHIP, a Montana limited partnership; BROKEN CIRCLE RANCH COMPANY, INC., a Montana profit corporation; R BAR N RANCH, LLC, a Montana limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an Agency of the United States Department of Agriculture; SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture; VICTORIA CHRISTIANSEN, in her official capacity as Interim Chief of the Forest Service; LEANNE MARTEN, in her official capacity as Regional Forester for the Northern Region; MELANY GLOSSA, in her official capacity as Forest Supervisor for the Beaverhead-Deerlodge National Forest, State of Montana; CAMERON RASOR, in his official capacity as District Ranger for the Pintler Ranger District in the Beaverhead-Deerlodge National Forest,<br><br>Defendants. | No. CV 18-33-BU-SEH<br><br>**ORDER** |

-1-

On October 30, 2018, Plaintiffs 2-Bar Ranch Limited Partnership ("2-Bar"), Broken Circle Ranch Company, Inc. ("Broken Circle Ranch"), and R Bar N Ranch, LLC's ("R Bar N Ranch") (collectively "Plaintiffs") moved to strike certain documents from the administrative record: A-78, B-63, B-67, C-63 to C-66, D-20 to D-23, E-52 to E-87, and H-13 to H-14.[1] The parties later stipulated to limit the motion to strike to: A-78, B-63, B-67, C-64, E-74, E-81, and E-85.[2]

A hearing on the motion was held on November 30, 2018.

ORDERED:

1. A-78, B-63, B-67, C-64, E-74, E-81, and E-85 are stricken from the administrative record.

2. The Court will consider documents identified in paragraph 1 if appropriate to assist the Court in: (1) determining the issues of standing and ripeness; (2) understanding the effect of the United States Forest Service's actions; (3) explaining technical terms or complex subject matter; and (4) facilitating judicial review.

DATED this 30th day of November, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] See Doc. 51 at 1–2.
[2] See Docs. 53 at 3 and 57 at 7.