# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| 2-BAR RANCH LIMITED PARTNERSHIP, a Montana limited partnership; BROKEN CIRCLE RANCH COMPANY, INC., a Montana profit corporation; R BAR N RANCH, LLC, a Montana limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an Agency of the United States Department of Agriculture; SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture; VICTORIA CHRISTIANSEN, in her official capacity as Interim Chief of the Forest Service; LEANNE MARTEN, in her official capacity as Regional Forester for the Northern Region; MELANY GLOSSA, in her official capacity as Forest Supervisor for the Beaverhead-Deerlodge National Forest, State of Montana; CAMERON RASOR, in his official capacity as District Ranger for the Pintler Ranger District in the Beaverhead-Deerlodge National Forest,<br><br>Defendants. | No. CV 18-33-BU-SEH<br><br>**ORDER** |

On May 6, 2021, the Ninth Circuit Court of Appeals issued its Opinion[1] reversing and remanding the Court's Memorandum and Order.[2] The Opinion[3] stated, "[w]e therefore reverse the district court's grant of partial summary judgment to Plaintiffs and remand with instructions to grant summary judgment to the Service."[4] A Mandate[5] was issued on June 28, 2021.

ORDERED:

1. Federal Defendants' Cross Motion for Summary Judgment[6] is GRANTED.

2. The clerk is directed to enter judgment as ordered and close the case.

DATED this 29th day of June, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 81.

[2] Doc. 72.

[3] Doc. 81.

[4] Doc. 81 at 24.

[5] Doc. 82.

[6] Doc. 66.